UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CV-06-3001-LRS |
| vs. ) | |
| ) | |
| 1999 CHEVROLET 1500 PICKUP, VIN ) | Final Decree of |
| 1GCEC14T1XZ170350, WASHINGTON ) | Forfeiture |
| LICENSE NUMBER A36821G, ) | |
| ) | |
| Defendant. ) | |

    Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture <u>In</u> <u>Rem</u>, that the Defendant vehicle is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881.

    The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355.  Venue is proper pursuant to 28 U.S.C. § 1395.

    The Defendant property consists of a 1999 Chevrolet 1500 Pickup, VIN 1GCEC14T1XZ170350, Washington License Number A36821G, seized from Jorge Saabreda Lopez a/k/a Moises Saavedra Solorio, by agents of the United States Drug Enforcement Administration on June 17, 2005.

    On January 4, 2006, Moises Solorio was served via certified mail with copies of the Verified Complaint for Forfeiture <u>In</u> <u>Rem</u>

and Notice of Complaint for Forfeiture in the above-entitled matter, as evidenced by the Amended Certificate of Service of Notice by Mail filed in this matter on January 4, 2006.

On January 4, 2006, Ofelia Terrazas, the record title owner of the vehicle, was served via certified mail with copies of the Verified Complaint for Forfeiture In Rem and Notice of Complaint for Forfeiture in the above-entitled matter, as evidenced by the Amended Certificate of Service of Notice by Mail filed in this matter on January 4, 2006.

On January 4, 2006, Attorney, James Trujillo was served via certified mail with copies of the Verified Complaint for Forfeiture In Rem and Notice of Complaint for Forfeiture in the above-entitled matter, as evidenced by the Amended Certificate of Service of Notice by Mail filed in this matter on January 4, 2006.

The Notice of Complaint was published on January 6, 13 and 21, 2006, in the Yakima Herald Republic, a newspaper of general circulation in Yakima County, Washington. Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, Fed. R. Civ. P., and 18 U.S.C. § 983(a)(4)(A), require that claimants file a claim within thirty (30) days after final date of publication of the Notice of Complaint for Forfeiture, or within thirty (30) days after service of the complaint, whichever occurs first. At the latest this 30-day period expired on March 20, 2006.

On April 3, 2006, the United States District Court Clerk for the Eastern District of Washington entered a Clerk's Order of Default as to Moises Solorio's interest in the Defendant vehicle.

1    On April 3, 2006, the United States District Court Clerk for
2 the Eastern District of Washington entered a Clerk's Order of
3 Default as to Ofelia Terrazas's interest in the Defendant vehicle.
4    It appearing to the Court that no claims have been made to the
5 Defendant vehicle;
6    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the 1999
7 Chevrolet truck is hereby forfeited to the United States of
8 America, and no right, title, or interest shall exist in any other
9 person.
10    IT IS FURTHER ORDERED that the forfeited vehicle shall be
11 disposed of in accordance with law by the United States Marshals
12 Service.
13    DATED this 18th day of May, 2006.

                                ***s/Lonny R. Suko***

                                Lonny R. Suko
                                United States District Judge

Final Decree of Forfeiture -3-
Final Order of Forfeiture.wpd